# UNITED STATES DISTRICT COURT

**FILED**
DISTRICT COURT OF GUAM
APR 15 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT OF _____GUAM_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**DONALD C. ALDAN**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE** ③<br><br>Case Number: MG-05-00009 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | **Date and Time** |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Monday, April 18, 2005 at 1:30 p.m. |

To answer a(n)
☐ Indictment  **X** Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**18:641 - THEFT OF PROPERTY (COUNT 1)**

**18:1382 - ENTERING MILITARY PROPERTY (COUNT 2)**

ORIGINAL

__MARILYN B. ALCON, Deputy Clerk__
Name and Title of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

__April 14, 2005__
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Date
Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☑ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4-15-05
            Date

JOAQUIN L.G. SALAS
Name of United States Marshal

S/DUSM FRANKLIN J. TAITAGUE
(by) Deputy United States Marshal

Remarks: UNABLE TO CONTACT OR LOCATE INDIVIDUAL.

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.