IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**FILED**
DISTRICT COURT OF GUAM
APR 18 2005
MARY L.M. MORAN
CLERK OF COURT

## CRIMINAL MINUTES

**CASE NO.** MG-05-00009  **DATE:** 04/18/2005  **TIME:** 1:50:02 - 1:51:28

**HON.** JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE   Law Clerk: JUDITH HATTORI
Official Court Reporter: WANDA MILES   Courtroom Deputy: Leilani Toves Hernandez
Court Recorder: N/A   CSO: J. Lizama & J. McDonald

**********************APPEARANCES**************************

**DEFT:** DONALD C. ALDAN - NOT PRESENT   **ATTY:** KIM SAVO
( ) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.    (✓) PRESENT  ( ) RETAINED  (✓) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** JOSEPH TOCK   **AGENT:**

**U.S. PROBATION:**   **U.S. MARSHAL:** G. PEREZ / F. TAITAGUE / S. LUJAN

**INTERPRETER:**   **LANGUAGE:**

**PROCEEDINGS:** INITIAL APPEARANCE RE INFORMATION / ARRAIGNMENT

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED

_____ APPOINTED TO REPRESENT THE DEFENDANT

( ) DEFENDANT SWORN AND EXAMINED

   AGE:    SCHOOL COMPLETED:

( ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES

( ) COURT QUESTIONS DEFENDANT(S) REGARDING THEIR PHYSICAL AND MENTAL CONDITION

( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT

**PRELIMINARY EXAMINATION SET FOR:**
**ARRAIGNMENT SET FOR:**
**TRIAL SET FOR:**
**PROCEEDINGS CONTINUED TO:**

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)

( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR

   ( ) *PROCESSING*   ( ) *DETENTION*

**NOTES:**

Ms. Savo advised the Court that the Summons issued for the defendant was returned unexecuted. Government requested for a Warrant to be issued - Granted.