# UNITED STATES DISTRICT COURT

District of _____ GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED** |
| V. | **DISTRICT COURT OF GUAM** |
| | **WARRANT FOR ARREST** |
| **DONALD C. ALDAN** | MAY - 5 2005 |
| Case Number: **MG-05-00009** | **MARY L.M. MORAN** |
| | **CLERK OF COURT** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **DONALD C. ALDAN**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  **X** Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

**Failure to appear on April 18, 2005 at 1:30 p.m. for an Initial Appearance re Information and Arraignment hearing.**

in violation of Title _____ United States Code, Section(s) _____

**Leilani R. Toves Hernandez** _____
Name of Issuing Officer

**Deputy Clerk** _____
Title of Issuing Officer

_____
Signature of Issuing Officer

**April 18, 2005; Hagatna, Guam**
Date and Location

---

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 4.18.05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5.5.05 | | |