FILED
DISTRICT COURT OF GUAM
AUG - 9 2005
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD ALDAN,<br><br>    Defendant. | MAGISTRATE CASE NO. 05-00009<br><br>**UNITED STATES' EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court a list of proposed exhibits to be introduced in its case-in-chief.

RESPECTFULLY SUBMITTED this 9th day of August, 2005.

    LEONARDO M. RAPADAS
    United States Attorney
    Districts of Guam and NMI

    By: /s/ JOSEPH TOCK
        JOSEPH TOCK
        Special Assistant U.S. Attorney

## UNITED STATES EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | Photograph of Andersen South Housing, railings removed | | |
| 2. | Photograph of Andersen South Housing, railings removed some on grass | | |
| 3. | Photograph of Andersen South Housing, railings and back of truck in view with railing propped against truck | | |
| 4. | Photograph of front of truck, railings on left, housing behind | | |
| 5. | Photograph of truck front license plate | | |
| 6. | Photograph of truck rear license plate with tailgate open and railings visible | | |
| 7. | Photograph of right rear side of truck with railing on ground and one propped against side | | |
| 8. | Photograph of rear of truck, cap open, railings inside | | |
| 9. | Photograph of railings on ground | | |
| 10. | Photograph of railings on ground | | |
| 11. | Photograph of portion of railing on ground by left side of truck | | |
| 12. | More, and different photograph of railings on ground | | |
| 13. | More, and different photograph of railings on ground | | |
| 14. | Photograph of left side of truck, railings on ground nearby and railings propped against tailgate | | |
| 15. | Photograph of railings on ground, close-up | | |

2