# ORIGINAL

FILED

DISTRICT COURT OF GUAM

AUG - 9 2005

MARY L.M. MORAN
CLERK OF COURT

1 LEONARDO M. RAPADAS
United States Attorney
2 JOSEPH TOCK
Special Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
4 Hagatna, Guam 96910
TEL: (671) 472-7332
5 FAX: (671) 472-7334

6 Attorneys for the United States of America

7

8 IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM
9

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00009 |
| 11 | Plaintiff, ) | |
| 12 | vs. ) | **UNITED STATES' WITNESS LIST** |
| 13 | ) | |
| 14 | DONALD ALDAN, ) | |
| 15 | Defendant. ) | |

16    Pursuant to the order of this Court, the United States hereby submits the following witness list

17 for purposes of voir dire:

18 1.    Aguon, Mark J.
      Conservation Officer, Guam Department of Fish and Wildlife
19
2.    Watson, Roger L.
20      Conservation Officer, Guam Department of Fish and Wildlife

21 3.    Camacho, Jimmy B.
      Conservation Officer, Guam Department of Fish and Wildlife
22
4.    Stauffer, Regina E.
23      USAF Security Forces, Andersen AFB, Guam

24 5.    Banes, Rodney L.
      USAF Security Forces, Andersen AFB, Guam
25
6.    Bauerle, Justin A.
26      USAF Security Forces, Andersen AFB, Guam

27 7.    Castro, Luis-Jeffrey C.
      789 Swamp Road, Dededo
28

1    8.    Gumataotao, Barbara
           Real Estate Specialist, 36 ABW Civil Engineer Squadron

2

    9.    Ogden, Casey
3             Geo-Base Engineer - Computer Satellite Mapping Specialist

4   Respectfully submitted this <u>9th</u> day of August 2005.

5                            LEONARDO M. RAPADAS
                            United States Attorney
6                             Districts of Guam and NMI

7

8                By: _____
                     JOSEPH TOCK
9                      Special Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2