ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG 1 0 2005
MARY L.M. MORAN
CLERK OF COURT

1 LEONARDO M. RAPADAS
United States Attorney
2 JOSEPH TOCK
Special Assistant U.S. Attorneys
3 Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
4 Agana, Guam 96910
Telephone: (671) 472-7332/7283
5 Telecopier: (671) 472-7334

6 Attorneys for United States of America

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00010 |
| Plaintiff, | ) ) ) | **ORDER RE: GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |
| vs. | ) ) | |
| ANTONIO A. CASTRO, | ) ) | |
| Defendant. | ) ) | |

The Government's request for the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter, is approved.

SO ORDERED this 10th day of August, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
AUG - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM