

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DONALD C. ALDAN,<br><br>        Defendant. | MAGISTRATE CASE NO. 05-00009<br><br><br>**ORDER**<br>**Vacating August 17, 2005 Trial Date** |

The trial in this case is scheduled to commence on August 17, 2005. However, on August 2, 2005, the Court issued a bench warrant for the Defendant's arrest when he failed to appear for a properly noticed Court hearing. The warrant remains outstanding. Accordingly, the August 17, 2005 trial date is hereby vacated, and shall be reset upon apprehension of the Defendant.

SO ORDERED this *16th* day of August 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge