AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of     GUAM

UNITED STATES OF AMERICA

V.

**DONALD C. ALDAN**

WARRANT FOR ARREST

Case Number: MJ-05-00009-001

**FILED**
DISTRICT COURT OF GUAM
JAN 05 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **DONALD C. ALDAN**
                                                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☒ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

**FAILURE TO APPEAR**

in violation of Title _____ United States Code, Section(s) _____

**VIRGINIA T. KILGORE**
Name of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

*Virginia T. Kilgore* (signature)
Signature of Issuing Officer

**AUGUST 2, 2005, HAGATNA, GUAM**
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DOC Main Facility / Detainer Issued    Per Rose USAO

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/2/05 | John Curry USMS CIDUSA | USMS CIDUSA |
| DATE OF ARREST 1/5/06 | | |

**ORIGINAL**


### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____