donaldaldanwrit

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 09 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00009-01 |
| Plaintiff, ) | |
| vs. ) | **WRIT OF HABEAS CORPUS** |
| ) | **AD PROSEQUENDUM** |
| DONALD C. ALDAN, ) | |
| Defendant. ) | |

TO: OFFICER IN CHARGE
    Territorial Detention Center
    Territory of Guam

This Court finds that DONALD C. ALDAN is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on January 10, 2006, at 11:00 a.m. for his initial appearance/arraignment on the federal charges in the United States District Court of Guam.

**IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention Center or his authorized agent or any Federal law enforcement agent shall produce DONALD C. ALDAN, before this Court on January 10, 2006 at 11:00 a.m. and whenever necessary hereafter to attend

court appearances in the above-entitled case and upon completion of said prosecution and/or court appearances and/or upon further order of the court, return said prisoner to his place of confinement.

**SO ORDERED** this _9th_ day of January 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JOSEPH TOCK
Special Assistant U.S. Attorney



RECEIVED
JAN 09 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM