IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**



FILED
DISTRICT COURT OF GUAM
JAN 10 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. MG-05-00009       DATE: 01/10/2006

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding       Law Clerk: None Present
Court Recorder and Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 11:05:59 - 11:09:53**       CSO: N. Edrosa / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: DONALD C. ALDAN**                        **ATTY: ALEX MODABER**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.       ( X ) PRESENT   ( ) RETAINED   ( X ) FPD   ( ) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK                    AGENT:

U.S. PROBATION: CARMEN O'MALLAN              U.S. MARSHAL: G. PEREZ

***

**PROCEEDINGS:   INITIAL APPEARANCE AND ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___   HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE      ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT   ( ) INFORMATION   ( ) INDICTMENT
( ) PLEA ENTERED:   ( ) *GUILTY*   ( ) *NOT GUILTY* - TO: _____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____  ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____

PROCEEDINGS CONTINUED TO: _____ at _____

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____

Defense counsel informed the Court that his client is detained pursuant to a parole violation in his local case which began in September and will terminate in May. He further stated that his client wishes to proceed with his plea of guilty. Defendant orally waived his hearing before a District Court Judge. The Court set a change of plea hearing for Tuesday, January 24, 2006 at 9:00 a.m. The Court further ordered that the defendant remain detained pursuant to the detention order in his local case.