IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**



**FILED**
DISTRICT COURT OF GUAM
JAN 24 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00009**     **DATE: 01/24/2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Court Reporer: Wanda Miles
**Hearing Electronically Recorded: 9:33:31 - 9:46:00**

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: F. Tenorio

*************************** **A P P E A R A N C E S** ***************************

**DEFT: DONALD C. ALDAN**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY : ALEX MODABER**
( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY: JUSTIN OLIVER**

**AGENT:**

**U.S. PROBATION: ROSANNA VILLAGOMEZ-AGUON**

**U.S. MARSHAL: J. CURRY / V. ROMAN**

**PROCEEDINGS:   CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: _37_   HIGH SCHOOL COMPLETED: _HIGH SCHOOL GRADUATE_
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: _COUNT I - THEFT OF PROPERTY_
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: _MAY 16, 2006_ at _9:30 A.M._  ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT DUE TO PARTIES: _MARCH 20, 2006_       DUE TO COURT: _APRIL 21, 2006_

PROCEEDINGS CONTINUED TO: _____ at _____

( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT DETAINED PURSUANT TO HIS LOCAL CASE.

**The Court and the parties amended page 2 of the plea agreement.**