FILED
DISTRICT COURT OF GUAM
MAR 23 2006 *9P*
MARY L.M. MORAN
CLERK OF COURT

donaldaldanpsr

LEONARDO M. RAPADAS
United States Attorney
STEVE CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DONALD C. ALDAN,<br><br>        Defendant. | MAGISTRATE CASE NO. 05-00009<br><br>**GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |

     Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

     Respectfully submitted this 23rd day of March 2006.

                                   LEONARDO M. RAPADAS
                                   United States Attorney
                                   Districts of Guam and NMI

     By:              /s/ STEVE CHIAPPETTA
                            STEVE CHIAPPETTA
                            Special Assistant U.S. Attorney