JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Defendant
DONALD C. ALDAN

**FILED**

DISTRICT COURT OF GUAM

APR 2 1 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MG 05-00009 |
| | ) | |
| Plaintiff, | ) | RESPONSE TO DRAFT PRESENTENCE |
| | ) | REPORT |
| vs. | ) | |
| | ) | |
| DONALD C. ALDAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>RESPONSE TO DRAFT PRESENTENCE REPORT</u>

Defendant, Donald C. Aldan, by and through counsel, Alexander A. Modaber,

Assistant Federal Public Defender, respectfully accepts and adopts the findings of the Presentence

Report.

DATED: Mongmong, Guam, April 20, 2006.

ALEXANDER A. MODABER
Attorney for Defendant
DONALD C. ALDAN

ORIGINAL

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing

document was duly mailed and/or hand-delivered to the following on April 20, 2006:

STEVE CHIAPPETTA
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam   96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

CARLEEN BORJA
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, April 20, 2006.

_____
RENATE DOEHL
Operations Administrator

ALEXANDER A. MODABER
Attorney for Defendant
DONALD C. ALDAN