FILED
DISTRICT COURT OF GUAM
MAY - 8 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00009 |
| Plaintiff, | ) | |
| vs. | ) | |
| DONALD C. ALDAN, | ) | **ORDER** |
| Defendant. | ) | |

Due to the scheduling needs of the Court, the sentencing hearing, presently set for May 16, 2006, is hereby moved to Thursday, May 18, 2006, at 1:30 p.m.

SO ORDERED this 8th day of May 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**