IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MAGISTRATE CRIMINAL MINUTES

SENTENCING



FILED
DISTRICT COURT OF GUAM
MAY 18 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MG-05-00009**　　　　　　　**DATE: 05/18/2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding　　　Law Clerk: Judith Hattori
Court Recorder and Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 2:11:30 - 2:37:48**　　　　　　　CSO: L. Ogo

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **A P P E A R A N C E S** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: DONALD C. ALDAN**　　　　　　　　　**ATTY : JAMES MCHUGH**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.　　( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: JUSTIN OLIVER　　　　　　　AGENT:

U.S. PROBATION: JUDY OCAMPO　　　　　　　U.S. MARSHAL: V. ROMAN / C. MARQUEZ

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
　　Base offense level:　　　　　Total offense level:　　　Criminal History Category: III

　　**NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT

　　**Defense counsel requested the Court to consider defendant's participation and activities while incarcerated as factors in sentencing the defendant.**

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION: **Government recommended 30 days confinement, a fine of $250.00 and a term of 1 year supervised release and an order that defendant not enter Andersen Air Force Base property. Government moved to dismiss Count II - GRANTED.**

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

**The Court imposed a sentence of 2 months imprisonment, 1 year supervised release with conditions (see judgment), $25.00 Special Assessment Fee and 250 hours community service. All fines are waived. The Court stated the justification for the sentenced imposed and advised the defendant of his appeal rights.**