| ✎PROB 12C (12/04) | UNITED STATES DISTRICT COURT |
|---|---|

for

## District of Guam

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Donald C. Aldan**  Case Number: **MJ 05-00009-001**

Name of Sentencing Judicial Officer: Joaquin V.E. Manibusan Jr.

Date of Original Sentence: May 18, 2006

Original Offense: Theft of Property in violation of 18 U.S.C. § 641.

Original Sentence: Two months imprisonment followed by a one year term of supervised release with conditions to include: not unlawfully possess a controlled substance, and shall refrain from any unlawful use of a controlled substance, and shall submit to up to eight drug tests a month for use of a controlled substance, comply with the standard conditions of supervision; refrain from the use of all alcoholic beverages; participate in a program approved by the U.S. Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol and make co-payment at rate to be determined by the U.S. Probation Office. Defendant was also ordered to perform 250 hours of community service under the direction of the U.S. Probation Office, and pay a $25 special assessment fee.

Type of Supervision: Supervised Release   Date Supervision Commenced: July 14, 2006
Assistant U.S. Attorney: Ryan Anderson   Defense Attorney: John Gorman, FPD

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Unlawful use of a controlled substance, in violation of 18 U.S.C.§3583(d). |
| 2. | Failure to report for substance abuse counseling, in violation of 18 U.S.C.§3583(d). |
| 3. | Failure to report for urinalysis, in violation of 18 U.S.C.§3583(d). |

✎Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

*Please see attached Declaration in Support of Petition; re: Violation of Supervised Release, Request for a Summons written by U.S. Probation Officer Grace D. Flores.*

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: May 18, 2007

I declare under penalty of perjury that the foregoing is true and correct.

/s/ GRACE D. FLORES
U.S. Probation Officer

Executed on: May 18, 2007

---

THE COURT ORDERS:

[ ] No action.

[ ] The issuance of a warrant.

[X] The issuance of a summons. Summons date: May 31, 2007 at 11:30 a.m.

[ ] Other

/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
**Dated: May 23, 2007**