JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
DONALD C. ALDAN

**FILED**

DISTRICT COURT OF GUAM

MAY 29 2007 mbv

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DONALD C. ALDAN, )<br>)<br>Defendant. )<br>) | MG 05-00009<br><br>STIPULATION TO CONTINUE<br>REVOCATION HEARING |

## STIPULATION TO CONTINUE REVOCATION HEARING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the revocation hearing currently scheduled for May 31, 2007, be continued to June 8, 2007, or

a date convenient for the Court's calendar. The parties request this continuance as defense counsel

//

//

ORIGINAL

is off-island for business purpose from May 25-June 7, 2007.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, May 25, 2007.

RICHARD P. ARENS
Attorney for Defendant
DONALD C. ALDAN

KRISTIN ST. PETER
Attorney for Plaintiff
UNITED STATES OF AMERICA

2