**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**REVOCATION**

CASE NO.: MJ-05-00009            DATE: May 31, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos      Electronically Recorded: 11:12:50-11:17:50
CSO: J. Lizama

**APPEARANCES:**
Defendant: Donald C. Aldan      Attorney:
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☐ Present ☐ Retained ☐ FPD ☐ CJA
U.S. Attorney: Kristin St. Peter      U.S. Agent:
U.S. Probation: Grace Flores      U.S. Marshal: D. Punzalan
Interpreter:      Language:

**PROCEEDINGS: Intial Appearance Re: Petition to Revoke or Modify Supervised Release**
- Court appointed the Federal Public Defender to represent the defendant.
- Proceedings continued to: <u>June 19, 2007 at 9:30 a.m.</u>
- Defendant to remain released and admonished to abide by his release conditions.

NOTES: