# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

**DONALD C. ALDAN**

Case Number:    **MJ-05-00009-001**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>3rd FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | Room<br>**COURTROOM** |
|---|---|
| | Date and Time<br>**Thursday, May 31, 2007 at 11:30 a.m.** |
| Before:    HONORABLE JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge | |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    **X** Supervised Release Violation Petition    ☐ Pretrial Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **3583(d)**

Brief description of offense:

See the Petition for Warrant or Summons on Offender Under Supervision separately filed on May 18, 2007

**FILED**
DISTRICT COURT OF GUAM
MAY 31 2007
MARY L.M. MORAN
CLERK OF COURT

**RECEIVED**
MAY 24 2007
US MARSHALS SERVICE-GUAM

LEILANI R. TOVES HERNANDEZ, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

May 23, 2007
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 5/31/07 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS - Hagatna, GU

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5/31/07
         Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.