# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**DONALD C. ALDAN,**<br><br>　　　　　Defendant. | **MAGISTRATE CASE NO. 05-00009**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to May 23, 2007.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 31, 2007