# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: MJ-05-00009　　　　　　　　　　　　DATE: June 19, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Jennifer Moton　　　　　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Peter Santos　　 Electronically Recorded: 9:48:46 - 10:04:06
CSO: B. Pereda

**APPEARANCES:**

Defendant: Donald C. Aldan　　　　　Attorney: Richard Arens
　Present　Custody　Bond　P.R.　　　 Present　Retained　FPD　CJA
U.S. Attorney: Kristin St. Peter　　U.S. Agent:
U.S. Probation: Grace Flores　　　　U.S. Marshal: T. Muna/V. Roman
Interpreter:　　　　　　　　　　　　Language:

**PROCEEDINGS: Preliminary Revocation Hearing**
- Defendant admits to the allegations.
- Court takes defendant's admissions under advisement pending his compliance with the Court's order of drug testing.
- Court ordered defendant to submit to drug testing on Monday, Wednesday and Friday between 6:00 and 7:00 p.m. weekly.
- Further Proceedings set for: June 27, 2007 at 10:00 a.m.
- Defendant to remain released.

NOTES: