IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL

CASE NO.: MJ-05-00009                    DATE: June 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori           Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore   Electronically Recorded: 10:06:17 - 10:09:42
CSO: B. Pereda

**APPEARANCES:**

Defendant: Donald C. Aldan              Attorney: Richard Arens
    Present   Custody   Bond   P.R.         Present   Retained   FPD   CJA
U.S. Attorney: Kristin St. Peter        U.S. Agent:
U.S. Probation: Grace Flores            U.S. Marshal: T. Muna
Interpreter:                            Language:

**PROCEEDINGS: Further Proceedings**

- Probation Officer, Grace Flores reported that defendant is in compliance with the Court's order of June 19, 2007. The Court ordered the defendant to continue reporting as previously ordered.
- Proceedings continued to: July 6, 2007 at 9:00 a.m.

NOTES: