IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
REVOCATION

CASE NO.: MJ-05-00009            DATE: July 06, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 9:08:56 - 9:11:43
CSO: J. McDonald

**APPEARANCES:**

Defendant: Donald C. Aldan      Attorney: Richard Arens
DEFENDANT NOT PRESENT      Present   Retained   FPD   CJA
    Present   Custody   Bond   P.R.
U.S. Attorney: None Present      U.S. Agent:
U.S. Probation: Grace Flores      U.S. Marshal: T. Muna
Interpreter:      Language:

**PROCEEDINGS: Continued Further Proceedings**

- Defense counsel waived presence of the defendant and stated that he has been in compliance. In addition, counsel stated that he will be off-island for the next scheduled hearing.
- Court continued the matter for final disposition and waived the presence of defense counsel.
- Disposition Hearing set for: July 13, 2007 at 8:30 a.m.

NOTES: