IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL

CASE NO.: MJ-05-00009 　　　　　　　　　　　　　　DATE: July 13, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori 　　　　　　　　Court Reporter: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez 　　Electronically Recorded: 8:39:47 - 8:41:53
CSO: F. Tenorio / J. Lizama

**APPEARANCES:**

Defendant: Donald C. Aldan 　　　　　　　　　Attorney: Richard Arens - excused
　　Present　Custody　Bond　P.R. 　　　　　　　　Present　Retained　FPD　CJA
U.S. Attorney: Kristin St. Peter - excused 　　U.S. Agent:
U.S. Probation: Grace Flores 　　　　　　　　U.S. Marshal: None Present
Interpreter: 　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Disposition Hearing**
- Probation Officer Flores reported that the defendant has been in complaince and this is his final day of supervision.
- Court congratulated Mr. Aldan for completing his term of supervision.

NOTES: